# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WESLEY MARION, )<br>) | CASE NO. 3:10-cv-00258 |
| Plaintiff, )<br>) | |
| v. ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| MICHAEL J. ASTRUE, )<br>Commissioner of Social Security ) | **JUDGMENT ENTRY** |
| ) | |
| Defendant. ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is AFFIRMED and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Greg White
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Date: November 30, 2010